**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DANIEL LAMONT WILLIAMS** | ) | |
| | ) | |
| **v.** | ) | **No. 3:14-1812** |
| | ) | **Judge Sharp** |
| **WARDEN WAYNE CARPENTER, et al.** | ) | |

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Docket No. 68) that recommends Plaintiff's Complaint be dismissed without prejudice. The recommendation is made because Plaintiff failed to comply with several Orders, the most recent of which was entered on October 4, 2015 requiring Plaintiff to provide a written explanation showing cause for his failure to serve Defendant Heroux, and others of which were returned to the Clerk's Office. This occurred in spite of this Court's December 4, 2014 Order warning Plaintiff that his "prosecution of this action w[ould] be jeopardized should he fail to keep the Clerk's Office informed of his current address." (Docket No. 9).

No objections have been filed to the Report and Recommendation and, for the reasons stated therein, it is hereby ACCEPTED and APPROVED and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

The Clerk of the Court shall enter final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE